IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KENNETH B. ROYE,                :

    Plaintiff,                :

vs.                             :       CA 05-0024-WS-C

JO ANNE B. BARNHART,            :
Commissioner of Social Security,
                                :
    Defendant.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner receive as an attorney's fee for services rendered in this Court the sum of $2,579.00 pursuant to 42 U.S.C. § 406(b). Upon receipt of this award, petitioner is to refund to plaintiff the smaller EAJA attorney-fee award made in this case of $1,912.50.

    **DONE** and **ORDERED** this 14th day of December, 2006.

                                s/WILLIAM H. STEELE
                                UNITED STATES DISTRICT JUDGE